IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIGAR UMAKANT JANI, P.J., by and through their parent; | **8:25CV90** |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 14.) Having considered the matter, the Court will accept the Voluntary Dismissal. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 17th day of June, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge